KATHI LANG, Appellant, *v.* JULIUS MINCK, Respondent.

*Lang* v. *Minck*, 122 App. Div. 485, appeal dismissed.
(Argued March 31, 1909; decided April 9, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 29, 1907, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover on contract.

*August P. Wagener* for appellant.

*Nathan Ballin* and *James Moffett* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

CHARLES R. PAINTON, as Committee of the Person and Estate of HENRY CAVANAUGH, Respondent, *v.* ANNIE B. CAVANAUGH, as Executrix of PATRICK CAVANAUGH, Deceased, Appellant, Impleaded with Others.

*Painton* v. *Cavanaugh*, 130 App. Div. 892, appeal dismissed.
(Submitted April 5, 1909; decided April 9, 1909.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 11, 1909, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to set aside a will and certain deeds conveying real property.

The motion was made upon the ground that permission to appeal had not been obtained.

*Joseph C. Behan* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.